# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:13 mj 93 | 3/27/2013  5:00pm | |

Inventory made in the presence of: BRIAN WOODALL

Inventory of the property taken and name of any person(s) seized:

EXTRACTION OF ELECTRONIC CONTENT AND ELECTRONIC TELEPHONE ANALYSIS OF:

- 183 CONTACTS INCLUDING CONTACT INFORMATION WITH KNOWN UBN GANG MEMBERS.
- 20 EMAILS
- 97 MMS MESSAGES SOME OF WHICH ARE WITH KNOWN GANG MEMBERS.
- 7812 SMS TEXT MESSAGES SOME OF WHICH ARE WITH KNOWN GANG MEMBERS.
- 990 VOICEMAILS
- 1766 DATA FILES
- OTHER DATA AND OPERATING SYSTEM FILES.

FILED
CHARLOTTE, NC

APR - 6

US D[...]
Western [District]

FILED
CHARLOTTE, NC

APR 26 2013

US District Court
Western District of NC

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/26/13

Executing officer's signature

CHAD PUPELLO  SPECIAL AGENT
*Printed name and title*

Certified to be a true and correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.

Deputy Clerk
Date 3/27/13

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:13mj 93
)
an iPhone, which is a cellular telephone, )
bearing FCC ID # BCG-A1303B )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:
an iPhone, which is a cellular telephone, bearing FCC ID # BCG-A1303B. Currently stored in FBI Charlotte evidence control in Charlotte, North Carolina.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A, which is incorporated herein fully by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____April 6, 2013_____
 *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____David C. Keesler or David S. Cayer_____
 *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/27/2013 12:30 PM

_____(Judge's signature)_____

City and state: Charlotte, North Carolina _____David C. Keesler, United States Magistrate Judge_____
*Printed name and title*